WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
AARON N. LUCOFF, IDAHO STATE BAR NO. 5707
HEATHER S. PATRICCO, WASHINGTON, D.C. BAR NO. 465883
ASSISTANTS UNITED STATES ATTORNEY
LAWRENCE SCHNEIDER, NEW YORK STATE BAR NO. 2594174
UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY
ATTORNEYS FOR THE UNITED STATES OF AMERICA
800 EAST PARK BOULEVARD, SUITE 600
BOISE, IDAHO 83712
TELEPHONE: 208-334-1211
FACSIMILE: 208-334-1413

U.S. COURTS

MAY 16 2013

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FAZLIDDIN KURBANOV,<br><br>Defendant. | Cr. No. CR 13-0120-S EJL<br><br>INDICTMENT<br><br>18 U.S.C. § 2339A<br>18 U.S.C. § 2339B<br>26 U.S.C. § 5861(d) |

The Grand Jury charges:

### COUNT ONE

**Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization**
**18 U.S.C. § 2339B**

From in or about August 2012 through May 2013, in the District of Idaho and elsewhere, the defendant, **FAZLIDDIN KURBANOV**, did knowingly and intentionally combine, conspire,

INDICTMENT - 1

confederate and agree with other co-conspirators, both known and unknown to the Grand Jury, to provide material support and resources, to wit, personnel, including himself, computer software and money, to the Islamic Movement of Uzbekistan, a designated foreign terrorist organization, knowing that the organization was a designated terrorist organization and has engaged in and engages in terrorist activity and terrorism, and the offense occurred in whole and in part within the United States.

In violation of Title 18, United States Code, Section 2339B.

## COUNT TWO

### Conspiracy to Provide Material Support to Terrorists
### 18 U.S.C. § 2339A

From in or about August 2012 through May 2013, in the District of Idaho and elsewhere, the defendant, **FAZLIDDIN KURBANOV**, did knowingly and intentionally combine, conspire, confederate and agree with other co-conspirators, both known and unknown to the Grand Jury, to provide material support and resources, to wit, personnel, including himself, knowing and intending that it was to be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 2332a.

In violation of Title 18, United States Code, Section 2339A.

## COUNT THREE

### Possession of an Unregistered Firearm
### 26 U.S.C. § 5861(d)

On or about November 15, 2012, in the District of Idaho, the defendant, **FAZLIDDIN**

**KURBANOV**, knowingly possessed a firearm, namely a destructive device, that is any combination of parts intended for use in converting any device into a destructive device as defined in 26 U.S.C. § 5845(f)(1) and (2) and from which a destructive device may be readily assembled, specifically: a hollow hand grenade, hobby fuse, aluminum powder, potassium nitrate and sulfur, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845(a) and (f), 5861(d) and 5871.

Respectfully submitted this 16th day of May, 2013.

A TRUE BILL:

*Signature (on reverse)*

_____
FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

_____
AARON N. LUCOFF
Assistant United States Attorney

_____
HEATHER S. PATRICCO
Assistant United States Attorney

INDICTMENT - 3