WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
AARON LUCOFF, IDAHO STATE BAR NO. 5707
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 E. PARK BOULEVARD, SUITE 600
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | Case No.  CR 13-120-S-EJL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE |
| vs. | ) | |
| FAZLIDDIN KURBANOV, | ) | |
| Defendant. | ) | |

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney Wendy J. Olson, United States Attorney for the District of Idaho, hereby provides notice to defendant FAZLIDDIN KURBANOV and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance or physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Notice - 1

Respectfully submitted this   21st   day of May, 2013.

        WENDY J. OLSON
        UNITED STATES ATTOREY
        By:


        /s/ Aaron N. Lucoff
        AARON N. LUCOFF
        Assistant United States Attorney


## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing **Notice of Intent** was served on all parties listed in CM/ECF on   21st   day of May, 2013.

    Samuel Richard Rubin
    Federal Defenders of Idaho
    dick_rubin@fd.org

        /s/ Katherine J. Cotton
        Legal Assistant