CRIMINAL PROCEEDINGS - Status Conference
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge:  Edward J. Lodge　　　　　　　Date: 08/27/2013
Courtroom Deputy:  Anne Lawron　　　Case No.  CR13-0120S-EJL
Reporter:  Lisa Yant　　　　　　　　　Time: 10 min
　　　　　　　　　　　　　　　　　　　Location: Boise

**UNITED STATES OF AMERICA vs** FAZLIDDIN KURBANOV
　　　Counsel for　United States:  AUSA Aaron Lucoff, heather Particco, Lawrence Schnieder
　　　　　　　　　　Defendant:　Charles Peterson
　　　　　　　　　　Interpreter:

With the agreement of counsel the defendant is not present.  Trial has been set for July 1, 2014.  Parties advise no issues at this time and are proceeding with discovery.

<u>The Court Ordered</u>: Status Conference set 11/05/2013 at 1:00PM