**CRIMINAL PROCEEDINGS - Status Conference**
 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge:  Edward J. Lodge                                    Date: 11/20/2013
Courtroom Deputy:  Anne Lawron               Case No.  CR13-0120S-EJL
Reporter:  Lisa Yant                                           Time: 10 min
                                                                          Location: Boise

**UNITED STATES OF AMERICA vs** FAZLIDDIN KURBANOV
            Counsel for      United States:   AUSA Aaron Lucoff, Heather Patricco, Lawrence Schnieder
                                   Defendant:        Charles Peterson, Courtney Peterson
                                   Interpreter:

Government and defense counsel reported on their ongoing progress.  Paperwork has been submitted for security clearances.  Parties are advised to keep the procedural order in view and work together to narrow discovery and reduce the cost of translation.

A further status conference is set 02/12/2014 at 1:00PM.  With the agreement of counsel the defendant is not present today but defense counsel requests the defendant and an interpreter be present at the February hearing.