WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
AARON N. LUCOFF, IDAHO STATE BAR NO. 5707
HEATHER S. PATRICCO, WASHINGTON D.C. BAR NO. 465883
ASSISTANTS UNITED STATES ATTORNEY
LAWRENCE SCHNEIDER, NEW YORK STATE BAR NO. 2594174
UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY
ATTORNEYS FOR THE UNITED STATES OF AMERICA
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FAZLIDDIN KURBANOV,<br><br>Defendant. | Case No. CR 13-00120-S-EJL<br><br>**NOTICE OF INTENT TO USE FOREIGN RECORDS OF REGULARLY CONDUCTED ACTIVITY PURSUANT TO 18 U.S.C. SECTION 3505** |

Pursuant to Title 18, United States Code, Section 3505, the Government hereby notifies the Court and the defendant that it intends to offer into evidence foreign records of regularly conducted activity of Mail.Ru, an internet service provider based in Russia.

Said records consist of e-mails associated with the e-mail account "anonim.7777@bk.ru." The relevant records, along with pertinent English translations, have been previously provided to counsel for the defendant.

Respectfully submitted this 16th day of October, 2014.

GOVERNMENT'S NOTICE - 1

WENDY J. OLSON  
UNITED STATES ATTORNEY  
By:

/s/_____  
AARON N. LUCOFF  
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2014, the foregoing **GOVERNMENT'S NOTICE** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s) by:

| | |
|---|---|
| Chuck Peterson<br><br>Courtney Peterson | ECF filing |

/s/_____  
Aaron Lucoff  
Assistant U.S. Attorney

GOVERNMENT'S NOTICE - 2